**SO ORDERED**



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| Apex-Petroleum Corporation | * | CASE NO. 08-19212-TC |
| | * | Chapter 11 |
| Debtor | * | |
| | * | |

* * * * * * * * * * * * *

**ORDER CONFIRMING PLAN OF REORGANIZATION**

The plan under Chapter 11 of the Bankruptcy Code filed by Apex-Petroleum Corporation, debtor, dated April 12, 2010, having been transmitted to creditors and equity security holders; and it having been determined after hearing on August 5, 2010, on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied; it is, therefore, by the United States Bankruptcy Court for the District of Maryland

ORDERED that the Plan filed by Apex-Petroleum Corporation, debtor, on April 12, 2010, be, and the same is hereby, modified to add the following provision

13.3. If the Reorganized Debtor substantially defaults on the payment of a tax due to the Internal Revenue Service due under this Plan, then the entire tax debt still owed to the IRS shall become due and payable immediately, and the IRS may collect these unpaid tax liabilities through the administrative collection provisions of the Internal Revenue Code.

; and be it further

ORDERED that the Plan filed by Apex-Petroleum Corporation, debtor, on April 12, 2010, as modified above, be, and the same is hereby, confirmed; and be it further

ORDERED that and be it further the reorganized debtor shall be responsible for timely payment of fees incurred pursuant to 28 U.S.C. § 1930(a)(6) as amended. After confirmation, the reorganized debt shall file post-confirmation reports every six (6) months until a final certification and report is filed as required by Local Rule 3022-1; and be it further

ORDERED that the debtor shall mail a copy of this Order confirming plan to all creditors and parties in interest pursuant of Bankruptcy Rule 2002(f)(7) and file herein a certificate to that effect within four business days of the entry of this Order.

cc:   Marc R. Kivitz, Esquire
      Suite 1330
      201 North Charles Street
      Baltimore, MD 21201

Leander Barnhill, Esquire
Attorney for Asst. U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Apex-Petroleum Corporation
9701 Apollo Drive
Suite 495
Largo, MD 20774

Apex-Petroleum Corporation
P. O. Box 7840
Upper Marlboro, MD 20792-7840

Mr  Anthony Onianwah
11410 Wolf's Landing
Fairfax Station, VA 22039

Robert C. Wood, Esquire
1907 Leonard Avenue
Suite 100
Columbus, OH 43219

Guttman Oil Company
c/o Alan H. Sinning, Corp. Credit Mgr.
200 Speers Street
Belle Vernon, PA 15012

Mr. Dae S. Lee
7179 Lee Highway
Falls Church, VA 22046

ECI Energy, LLC
Alan A. Abramowitz, Esquire
Bouland & Brush, LLC
201 North Charles Street
Suite 2400
Baltimore, MD 21201

Roger L. Guilliams, C.P.A.
2242 Chinaberry Court
Manassas, VA 20112

Joel S. Aronson, Esquire
Lerch Early & Brewer, Chtd.
3 Bethesda Metro Center
Suite 460
Bethesda, MD 20814

Richard H. Gins, Esquire
3 Bethesda Metro Center
Suite 530
Bethesda, MD 20814

William R. Feldman, Esquire
Suite 1125 – North Lobby Two
4550 Montgomery Avenue
Bethesda, MD 20814-3228

Jeffrey M. Orenstein, Esquire
Goren, Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road
Suite 465
Rockville, MD 20850

Apex: Order of Confirmation

**END OF ORDER**