**OFFICE OF THE UNITED STATES TRUSTEE**
**FOR THE DISTRICT OF MARYLAND - GREENBELT DIVISION**
**POST-CONFIRMATION QUARTERLY REPORT**

DEBTOR: Apex Petroleum Corporation          CH. 11 CASE NO: 08-19212

FOR QUARTER ENDED: 9/30/15

SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

1. CASH BALANCE, BEGINNING OF QUARTER — $ <17520.63>
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES — 476638.66
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS — ( 434397.50 )
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) — $ 24720.53

SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---|---|---|
| **1. ADMINISTRATIVE EXPENSES** | | | |
| Plan Trustee Compensation | $ 4875.— | $ 97531.25 | $ |
| Plan Trustee Expense | | | |
| Attorney Fees – Trustee | 0 | 98642.06 | |
| Attorney Fees – Debtor | | | |
| Other Professionals | | | |
| Other Administrative Expenses | | | |
| TOTAL ADMINISTRATIVE EXPENSES | $ 4875.— | $ 196173.31 | $ |
| **2. SECURED CREDITORS** | $ 0 | 250000.— | 250000.— |
| **3. PRIORITY CREDITORS** | $ | | |
| **4. UNSECURED CREDITORS** | $ 0 | 87793.07 | 173463.14 |
| **5. EQUITY SECURITY HOLDERS** | $ | | |
| **6. Attach additional sheets as necessary** | $ | | |
| **TOTAL PLAN PAYMENTS** | $ 4875.— | $ 533966.38 | $ 423463.14 |

| | Amount | Date | Check No. |
|---|---|---|---|
| QUARTERLY FEE PAID: | $ 4875.— | 9/3/15 | 3342 |

PLAN STATUS:                                         Yes    No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)   ✓
2. Are all post-confirmation obligations current? (If no, attach explanation.)   ✓
3. Projected date of application for final decree:  5-Jul-16

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Apex-Petroleum, Corp.
Reorganized Debtor
By: [signature]
Signature
Anthony Onianwa
Printed Name

Date: 12/8/15
Title: President/CEO
Telephone Number: 8017739009 ext 11

Form 5
2010/02